Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc A. Goldich (*pro hac vice*)
AXLER GOLDICH, LLC
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19102
Telephone: (267) 207-2920
mgoldich@axgolaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER A. NELSON, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>        v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>                         Defendant. | No. 5:16-cv-00523-RMW<br><br>MODIFIED ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE |
| ADAM GINSBERG, DUDLEY LANE DORTCH IV, DENNIS CRAWFORD, and DAVID SCHECHNER, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>        v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>                         Defendant. | No. 5:16-cv-00612-RMW |

MODIFIED ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE

1    THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Consolidate

2  Related Cases. Having considered all papers in support and in opposition thereto, and arguments of

3  the parties, if any, the Court finds as follows:

4    WHEREAS, the two above-captioned cases are both currently pending before this Court, and

5  involve common factual and legal questions, common parties, and common counsel; and

6    WHEREAS, consolidation of the two actions would promote efficiency, conserve judicial

7  resources, and foster uniform decision-making;

8    THEREFORE, IT IS HEREBY ORDERED that:

9    1.   The two actions, Nos. 5:16-cv-00523-RMW and 5:16-cv-00612-RMW, are hereby
10        consolidated for all purposes into one action;

     2.   These actions shall be referred to herein as the "Consolidated Action" entitled *IN RE*
11        *SEAGATE TECHNOLOGY LLC LITIGATION*;

12   3.   All filings shall be filed in the LEAD CASE 5:16-cv-00523-RMW and shall bear the
          caption IN RE SEAGATE TECHNOLOGY LLC LITIGATION and underneath a
13        sub-caption CONSOLIDATED ACTION;

14   4.   That the schedule in Case No. 5:16-cv-00523-RMW should govern in the
          consolidated action; and
15
     5.   That the Clerk shall administratively close Case No. 5:16-cv-00612-RMW and
16        VACATE all deadlines and hearings in No. 5:16-cv-00612-RMW.

17   6.   Due to the impending filing of Plaintiffs consolidated amended complaint on or
          before May 4, 2016, Defendant Seagate Technology LLC's Motions to Dismiss
18        currently calendared for June 3, 2016 are hereby VACATED.

19   7.   The Case Management Conference currently set for May 13, 2016 at 10:30 a.m. is
          hereby rescheduled to July 8, 2016 at 10:30 a.m. and an Updated Joint Case
20        Management Conference Statement is due June 28, 2016.

21  IT IS SO ORDERED.

22  Dated: <u>May 6, 2016</u>

23

24                                    *Ronald M. Whyte*
                                      _____
25                                    HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE
26

27

28